IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL BEGNOCHE,

    Petitioner,

v.                         3:15-CV-2047
                          (JUDGE MARIANI)

BRIAN THOMPSON, et al.,

    Respondents.

**ORDER**

AND NOW, this 9th day of July, 2020, upon consideration of Petitioner's eighth Motion to Appoint Counsel (Doc. 173), and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the Motion (Doc. 173) is **DENIED**.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge