IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL BEGNOCHE, :
:
    Petitioner, :
v. : 3:15-CV-2047
: (JUDGE MARIANI)
BRIAN THOMPSON, et al., :
:
    Respondents. :

## ORDER

**AND NOW**, this 9th day of July, 2020, upon consideration of Petitioner's Motion for Reconsideration (Doc. 181), and in accordance with this Court's accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the Motion (Doc. 181) is **DENIED**.

                                                  Robert D. Mariani
                                                  United States District Judge