## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL BEGNOCHE,** | : | |
| | : | |
| **Petitioner,** | : | |
| v. | : | **3:15-CV-2047** |
| | : | **(JUDGE MARIANI)** |
| **BRIAN THOMPSON, et al.,** | : | |
| | : | |
| **Respondents.** | : | |

| | | |
|---|---|---|
| **PAUL BEGNOCHE,** | : | |
| | : | |
| **Petitioner,** | : | |
| v. | : | **3:16-CV-2455** |
| | : | **(JUDGE MARIANI)** |
| **BRIAN THOMPSON, et al.,** | : | |
| | : | |
| **Respondents.** | : | |

## ORDER

**AND NOW, THIS** _9th_ **DAY OF JULY, 2020**, upon *de novo* review of Magistrate Judge Carlson's Report & Recommendation ("R&R") (Case No. 3:15-CV-2047, Doc. 163; Case No. 3:16-CV-2455, Doc. 20), Petitioner's Objections thereto (Case No. 3:15-CV-2047, Doc. 171), and all relevant filings, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1.  Petitioner's Objections (Case No. 3:15-CV-2047, Doc. 171) are **OVERRULED** for the reasons explained in this Court's accompanying memorandum opinion.

2. The R&R (Case No. 3:15-CV-2047, Doc. 163; Case No. 3:16-CV-2455, Doc. 20) is **ADOPTED** for the reasons explained therein and in this Court's accompanying memorandum opinion.

3. Paul Begnoche's First Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Case No. 3:15-CV-2047, Doc. 1) is **DENIED**.

4. Paul Begnoche's Second Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Case No. 3:16-CV-2455, Doc. 1) is **DENIED**.

5. A Certificate of Appealability **SHALL NOT ISSUE**.

6. The Clerk of Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge